*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STEWART, and PENNIX
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Darren M. HEPPLER**
Chief Aviation Electronics Technician (E-7), U.S. Navy
*Appellant*

**No. 202000055**

Decided: 5 May 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Chad C. Temple

Sentence adjudged 14 November 2019 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Shawn K. Collins, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] Pursuant to the plea agreement, the convening authority suspended the bad-conduct discharge and any reduction in rank below the pay grade of E-5.

_____


**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____


PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court